UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-249 |
| | § | |
| JUAN HERNANDEZ-CORTES; aka | § | |
| MATIZ-MACIAS | § | |

## OPINION AND ORDER GRANTING
## UNOPPOSED MOTION FOR CONTINUANCE

On April 10, 2015, Defendant moved for a continuance of the final pretrial conference and jury selection because the United States Attorney had requested but not received discovery materials sought by the Defendant and due from the State of New York (D.E. 16). Counsel for Defendant believed review of the materials was essential to his client making an informed decision about whether to plead guilty or request a jury trial (*Id.*). According to the motion, the United States was not opposed to the continuance.

Having considered the Defendant's motion, the Court finds that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 3161(h)(7)(B)(iv). Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case and outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

The Court **GRANTS** the Defendant's motion (D.E. 16) and **CONTINUES** the final pretrial conference until **Friday, May 15, 2015, at 10:00 a.m.**, before undersigned,

and jury selection/trial until **Tuesday, May 26, 2015, at 9:00 a.m.,** before United States District Judge John D. Rainey.

ORDERED this 14th day of April, 2015.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE